**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**MICHAEL MCGEE**                                                                                       **PETITIONER**

**v.**                                                                               **No. 2:07CV198-P-A**

**STATE OF MISSISSIPPI, ET AL.**                                        **RESPONDENTS**

**ORDER DENYING PETITIONER'S MOTION
TO BE RELEASED ON BOND PENDING THE
OUTCOME OF THE INSTANT PETITION
FOR A WRIT OF *HABEAS CORPUS***

This matter comes before the court on the motion of *pro se* petitioner Michael McGee to be released on bond pending the outcome of the instant petition for a writ of *habeas corpus* under 28 U.S.C. § 2254, challenging his state conviction for conspiracy to sell marijuana and sale of marijuana. As the release of the petitioner on bond would have substantially the same effect as a grant of *habeas corpus* relief, the court declines to grant such a request without first considering the merits of the instant petition for a writ of *habeas corpus*. As such, the instant motion for the petitioner to be release on bond is hereby **DENIED.**

**SO ORDERED,** this the 10th day of December, 2007.

                                                     /s/ W. Allen Pepper, Jr.
                                                     W. ALLEN PEPPER, JR.
                                                     UNITED STATES DISTRICT JUDGE